**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVINO LOMELI, | No. C 08-04438 CW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| v. | (Docket nos. 3, 4) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status.  The acts complained of occurred at California State Prison - Corcoran and California Correctional Institution, which are located in the Eastern District of California, and it appears that the Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

Plaintiff's application for in forma pauperis and his motion for transfer to another prison (docket nos. 3, 4) are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated:  10/16/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

LOMELI GAVINO,

4                                                    Case Number: CV08-04438 CW

          Plaintiff,

5                                            **CERTIFICATE OF SERVICE**

  v.

6

CALIFORNIA   DEPARTMENT   OF
7 CORRECTIONS et al,

8           Defendant.
                                        /

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11
    That on October 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13  in the Clerk's office.

14

15
    Gavino  Lomeli F61978
16  CSP-Corcoran
    P.O. Box 3456
17  Corcoran,  CA 93212

18  Dated: October 16, 2008
                                        Richard W. Wieking, Clerk
19                                      By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28

2